IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOMEZ T COOK,

    Petitioner,

v.                                                                          CASE NO. 1:11-cv-263-SPM-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas corpus relief in connection with his 2002 Alachua County armed robbery conviction, for which he received a life sentence as a prison releasee reoffender.

Petitioner previously sought habeas corpus relief from the same conviction pursuant to 28 U.S.C. § 2254. The Court denied that petition on procedural grounds and on the merits. *See Cook v. Secretary*, Case No. 1:05-cv-135-MP-WCS, Doc. 33 (Jan. 30, 2007). The Eleventh Circuit granted COA on one procedural issue, and then affirmed the denial of the petition on the procedural ground and on the merits. *Id*., Doc. 59. Thus, this is Petitioner's second habeas corpus petition seeking relief from his 2002 conviction.

In order to file a second or successive § 2254 petition, the petitioner must first obtain an order from the court of appeals authorizing the district court to consider it. 28 U.S.C. § 2244(b)(3)(A). Absent authorization, the district court lacks jurisdiction to

consider a second or successive petition. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir.2003) (addressing a successive motion to vacate under 28 U.S.C. § 2255).

There is nothing in the record that reflects that Petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, and thus this Court lacks the authority to entertain Petitioner's claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, be **DISMISSED**.

**IN CHAMBERS** this 15th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**