IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOMEZ T. COOK,

    Petitioner,

v.                        CASE NO.: 1:11-CV-263-SPM/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 4). Petitioner has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

**ORDERED and ADJUDGED**:

1.    The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference into this order.

2.    The Petition for a Writ of Habeas Corpus (doc. 1) is **dismissed**.

3. A certificate of appealability is **denied**.

DONE AND ORDERED this 21st day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge